# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| TONY ASHLEY | CIVIL ACTION NO. 3:19-cv-0201 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| JIM TUTEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Tony Ashley's Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DISMISSED AS MOOT**.

MONROE, LOUISIANA, this 8th day of March, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE